opinion per Appelwick, J., concurred in by Baker and Becker, JJ.

[Nos. 39755-9-I; 39852-1-I.   Division One.   April 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS E. HUERECA, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 95-1-06553-4, Faith Ireland, J., entered December 3, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, C.J., and Baker, J.

[No. 41007-5-I.   Division One.   April 26, 1999.]

MICHAEL ROBB, *Appellant*, v. LOWELL R. KAUFMAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-27682-8, Philip G. Hubbard, Jr., J., entered July 3, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Appelwick, J., concurred in by Baker and Becker, JJ.

[No. 42714-8-I.   Division One.   April 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. M.B., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-8-00440-0, H. Edwin Simmers, J. Pro Tem., entered April 24, 1998. *Remanded* by unpublished per curiam opinion.

[No. 43022-0-I.   Division One.   April 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW A. COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-02055-7, Norman Quinn, J. Pro Tem., entered October 8, 1998. *Affirmed* by unpublished per curiam opinion.